ACCEPTED
14-14-00857-cv
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
2/18/2015 11:19:03 AM
CHRISTOPHER PRINE
CLERK

## NO. 14-14-00857-CV

In the Fourteenth Court of Appeals
of Texas at Houston

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
2/18/2015 11:19:03 AM
CHRISTOPHER A. PRINE
Clerk

**MAY THI BUI, Appellant**

**v.**

**LY VAN NGUYEN, Appellee**

_____

On Appeal from the 55th District Court
Harris County, Texas
Trial Court Cause No. 2012-52163

_____

### APPELLANT'S MOTION TO DISMISS THE APPEAL

_____

TO THE HONORABLE COURT OF APPEALS:

MAY THI BUI, Appellant asks the Court to dismiss this Appellant's Appeal of the Amended Final Judgment in Cause No. 2012-52163.

1. Per the Order of this Court, the parties mediated the appeal with the Honorable Mark Davidson. A settlement of all issues pertaining to the Judgment and this Appeal was reached as a result of that mediation.

2. Appellant does not want to proceed with this Appeal and requests that Appeal be dismissed with all costs assessed against the party incurring the same.

1

Respectfully submitted,

DUNN, NEAL & GERGER, L.L.P.

By: __*/s/ James A. Dunn*_____
       James A. Dunn
       Texas Bar No. 06244800
       3006 Brazos Street
       Houston, Texas 77006
       Tel.: (713) 403-7405
       Fax.: (713) 960- 0204
       Email: jdunn@dnglegal.com
       Attorney for Appellant

## CERTIFICATE OF CONFERENCE

I certify that I have discussed this dismissal with the counsel for the Appellee, Pete Mai, who indicated he was not opposed.

___*/s/ James A. Dunn*_____
James A. Dunn

## CERTIFICATE OF SERVICE

I certify that on February 18, 2015, I served a copy of this instrument to Pete Mai, counsel for Appellee, via the electronic service manager in accordance with the Texas Rules of Appellate Procedure.

___*/s/ James A. Dunn*_____
James A. Dunn